United States District Court
Southern District of Texas
**ENTERED**
March 26, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CATHERINE SIMMONS, individually and on behalf of all similarly situated employees, § § § § Plainitff, § § V. § § HUDSON AND MARSHALL, LLC, § Defendant. § § | CIVIL ACTION NO. 4:17-cv-3818 |

### ORDER OF DISMISSAL

Pursuant to the parties' Stipulation of Dismissal [Doc. # 8], it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs, fees, expenses, except as otherwise agreed by the parties.

SIGNED at Houston, Texas, this 26th day of **March, 2018.**

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2017\3818DSMLSTIP.wpd    180326.1032