United States District Court
Southern District of Texas
**ENTERED**
April 06, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CATHERINE SIMMONS, individually and on behalf of all similarly situated employees, § § § § § § | CIVIL ACTION NO. 4:17-cv-3818 |
| Plainitff, | |
| V. § § § | |
| HUDSON AND MARSHALL, LLC, Defendant. | |

### AMENDED ORDER OF DISMISSAL

Pursuant to the parties' Stipulation of Dismissal [Doc. # 8], it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, fees, expenses, except as otherwise agreed by the parties. This Amended Order of Dismissal amends and supercedes the Court's Order of Dismissal [Doc. # 9] dated March 26, 2018.

SIGNED at Houston, Texas, this __6th__ day of **April, 2018.**

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2017\3818DSMLSTIP.wpd    180405.1503